UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

---------------------------------------------------------------X
JUAN ZAMORA,

      Plaintiff,

-against-

               18 Civ. 0625 (ES) (JAD)

MAMOUNS HOBOKEN, LLC d/b/a MAMOUN'S
FALAFEL, NEDAL CHATER, GALAL CHATER,
KINAN CHATER, and HUSSAM CHATER,

      Defendants.
---------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS**, on January 16, 2018, Plaintiff filed a Complaint asserting claims for, *inter alia*, failure to pay minimum and overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the New Jersey Wage and Hour Law, N.J.S.A. 34:11-56a *et seq.* ("NJWHL");

**WHEREAS**, the parties reached a settlement of this action and Plaintiff's claims through arms-length negotiations, and have entered into a Settlement Agreement and Mutual General Release (the "Agreement"), formally memorializing the parties' settlement;

**WHEREAS**, the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, the NJWHL, and/or time worked; and

**WHEREAS**, this Court shall retain jurisdiction to enforce the terms of the Agreement;

1361978.2

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
June 1, 2018

PECHMAN LAW GROUP PLLC
*Attorneys for Plaintiff*

By: _____
Louis Pechman, Esq.
Laura Rodriguez, Esq.
Catalina Cadavid, Esq.
488 Madison Avenue, 17th Floor
New York, NY 10022
Tel.: (212) 583-9500

PHILIPS NIZER LLP
*Attorneys for Defendants*

By: /s/ Edward G. Imperatore
Edward G. Imperatore, Esq.
Court Plaza South
21 Main Street
Hackensack, NJ 07601
Tel.: (201) 487-3700

SO ORDERED.

_____ 6/7/18
Hon. Joseph A. Dickson
United States Magistrate Judge